# Order

Michigan Supreme Court
Lansing, Michigan

July 30, 2013

146972

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE TOWNSHIP OF CANTON,
        Plaintiff-Appellee,

v

DERRICK LEON HILLS,
        Defendant-Appellant.

SC: 146972
COA: 313493
Wayne CC: 12-008003-AR

_____/

On order of the Court, the application for leave to appeal the February 13, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



Clerk

t0722